JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/11/2011

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. TELLINGHUISEN,<br><br>Petitioner,<br><br>vs.<br><br>LINDA SANDERS, Warden,<br><br>Respondent. | Case No. CV 11-0371-DSF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of subject matter jurisdiction.

DATED: 2-8-11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY